**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | No. CV 25-05734-DMG (MAAx) |
| Plaintiff, | **JUDGMENT PURSUANT TO STIPULATED SETTLEMENT AND STIPULATION FOR ENTRY OF JUDGMENT [24] [29]** |
| v. | |
| J.G. CONCRETE, INC., a California corporation; JOAQUIN GONZALES GARCIA, an individual; DAVID GARCIA, an individual, | |
| Defendants. | |

The Motion by Plaintiff for entry of Judgment Pursuant to a Stipulated Settlement and Stipulation for Entry of Judgment ("Stipulated Judgment") is before this Court. [Doc. # 29.]   Upon consideration of the evidence, authority, and the Stipulated Settlement and Stipulation for Entry of Judgment between the parties [Doc. # 29-25], the Motion is **APPROVED**.

IT IS FOUND THAT Defendants, J.G. CONCRETE, INC., a California corporation ("EMPLOYER"); JOAQUIN GONZALES GARCIA, an individual ("J.

1

GARCIA"); and DAVID GARCIA, an individual ("D. GARCIA") (collectively "Defendants"), were served with Plaintiff's summons and complaint, and having failed to respond to the complaint, their defaults were entered by the Clerk of Court. Plaintiff and Defendants have agreed on the terms of a settlement of this action and entered into the Stipulation for Entry of Judgment to secure the terms of the settlement between them. [Doc. # 29-25.] Defendants' entry of default is therefore **SET ASIDE.** [Doc. # 22.]

Based upon the Motion for Judgment Pursuant to a Stipulated Settlement and Stipulation for Entry of Judgment, the Declarations, authority and those documents on which judicial notice was requested, and all other records and documents on file,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that**:

Judgment is entered in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Vacation, Holiday, and Sick Pay Trust Fund; Construction Laborers Pension Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Laborers Health and Welfare Trust Fund for Southern California; Laborers Contract Administration Trust Fund for Southern California; Center for Contract Compliance; Fund for Construction Industry Advancement; Laborers' Trusts Administrative Trust Fund for Southern California; Southern California Partnership for Jobs Trust Fund, (hereinafter "Trust Funds" when referenced collectively), and against Defendants**, J.G. CONCRETE, INC., a California corporation; JOAQUIN GONZALES GARCIA, an individual; DAVID GARCIA, an individual**, individually, jointly and severally for the sum of **$362,958.82**.

The money judgment entered in this action against EMPLOYER is for known delinquencies incurred for the period from July 1, 2019 to November 30, 2025. EMPLOYER has not been audited, however, for any period after July 31, 2025.

2

Therefore, entry of the money judgment in this action shall not be or operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including CLTF on behalf of the Trust Funds or any individual Trust Fund) to calculate and collect any additional amounts due by EMPLOYER for months after July 31, 2025.

The hearing set for July 10, 2025 is **HEREBY VACATED**.  Plaintiff's request to withdraw the pending motion for default judgment is **GRANTED**.  [Doc. # 24.]

**IT IS SO ORDERED.**

DATED:  June 2, 2026

_____
DOLLY M. GEE
Chief United States District Judge

3